| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

TROY EPHRAIM, *individually and on behalf of all others similarly situated*, §§§§§

        Plaintiff,

*versus*      CIVIL ACTION NO. 1:17-CV-533

RECOVERY SERVICE BUREAU,

        Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff Troy Ephraim's Stipulation of Dismissal (#8), filed September 4, 2019, this action is dismissed in its entirety, with prejudice. Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 9th day of September, 2019.

                                  MARCIA A. CRONE
                            UNITED STATES DISTRICT JUDGE